# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2345

_____

Ce'drick J. Brown

*Plaintiff - Appellant*

v.

Major Freddie Otts; Sergeant B. Morgan; Corporal Shanlever

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: February 24, 2026
Filed: February 27, 2026
[Unpublished]

_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Ce'drick Brown appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Chambers v. Pennycook*, 641 F.3d 898, 904 (8th Cir. 2011) (reviewing de novo grant of summary judgment). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Brown's motions to supplement and for appellate counsel.

_____

[1]The Honorable Susan O. Hickey, Chief United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Christina D. Comstock, United States Magistrate Judge for the Western District of Arkansas.